## Appointment of Counsel

Petitioner would respectfully request that this honorable Court will appoint Counsel at this time to represent the Claims Presented by the petitioner for a more Competent Representation of the Claims Presented. This Court has the authority under 18.U.S.C. § 3006A, to appoint court appointed Counsel in these proceedings.

MAR 23 2020

AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND